397 A.2d 1251

Markel, Appellant, v. Commonwealth National Bank et al.
Petition for Allowance of Appeal Denied April 6, 1979.

Argued December 4, 1978. G. Thomas Miller, for appellant; no appearance entered nor brief submitted for appellee, Commonwealth National Bank; Richard W. Cleckner, for appellee, A. Wallace Nau.

Before CERCONE, HESTER and HOFFMAN, JJ.

Decree affirmed.

397 A.2d 1251

Nau et ux., Appellants, v. Markel.

Argued December 4, 1978. Richard W. Cleckner, for appellants; G. Thomas Miller, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Decree affirmed.